## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RAGHUVEER K. MENDU,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | CASE NUMBER:   17-738 T<br><br>(Judge Eleni M. Roumel) |

## JOINT STATUS REPORT

Pursuant to the Court's April 28, 2021, Order (Dkt. 52), the parties file this joint status report proposing a schedule for future proceedings in this case.

After deliberating, plaintiff has decided not to pursue an immediate appeal of the Court's denial of plaintiffs' motions to dismiss its Complaint.

Since the filing of the last status report, the parties have engaged in additional settlement discussions. To aid those discussions, defendant's counsel has arranged for this case to be assigned to an attorney in the Tax Division's Office of Review. It would most likely be necessary for the Office of Review to approve any proposed settlement of this case.

The parties respectfully request additional time to allow their settlement discussions to take their course before the Court schedules this case for trial. The parties respectfully suggest that the Court should require them to file a Joint Status Report on or before August 27, 2021, in which they should advise the Court of the progress of their settlement negotiations and propose a schedule for future proceedings in this case.

|  |  |
|---|---|
|  | Respectfully submitted, |
| June 28, 2021 | *s/Shazad A. Malik, by consent*<br>SHAHZAD A. MALIK<br>Attorney of Record for Plaintiff<br>CA State Bar No. 189258<br>Nixon Peabody, LLP<br>300 S. Grand Avenue, Suite 4100<br>Los Angeles, CA 90071<br>Tel: (213) 629-6039<br>Fax: (855) 202-7372<br>smalik@nixonpeabody.com |
| June 28, 2021 | *s/Jason Bergmann*<br>JASON BERGMANN<br>Attorney of Record<br>U.S. Department of Justice<br>Tax Division<br>Court of Federal Claims Section<br>Post Office Box 26<br>Ben Franklin Post Office<br>Washington, D.C. 20044<br>Tel: (202) 616-3425<br>Fax: (202) 514-9440<br>jason.bergmann@usdoj.gov<br><br>DAVID A. HUBBERT<br>Acting Assistant Attorney General<br><br>DAVID I. PINCUS<br>Chief, Court of Federal Claims Section |
| June 28, 2021 | *s/David I. Pincus*<br>Of Counsel |