# In the United States Court of Federal Claims

| | |
|---|---|
| RAGHUVEER K. MENDU,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant. | No. 17-cv-738<br><br>Filed: June 30, 2021 |

## **ORDER**

On June 28, 2021, the parties filed a joint status report requesting additional time to engage in settlement discussions.  (ECF No. 53.)  For good cause shown, the parties' request is **GRANTED**.  The parties shall file a joint status report by August 27, 2021, advising the Court of the progress of their settlement negotiations and proposing a schedule for future proceedings.

IT IS SO ORDERED.

  s/Eleni M. Roumel  
ELENI M. ROUMEL  
Judge
