# In the United States Court of Federal Claims

RAGHUVEER K. MENDU,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

No. 17-cv-738

Filed: August 27, 2021

**ORDER**

On August 27, 2021, the parties filed a joint status report, updating the Court on the progress of their settlement discussions. (ECF No. 55.) To aid in a potential settlement, Defendant's counsel is preparing to have this case assigned to an attorney in the Tax Division's Office of Review. The parties seek additional time to engage in these settlement discussions. For good cause shown, the parties' request is **GRANTED**. The parties shall file a joint status report by October 1, 2021, advising the Court on the progress of their settlement discussions and proposing a schedule for future proceedings.

    IT IS SO ORDERED.

                              s/Eleni M. Roumel
                              ELENI M. ROUMEL
                              Judge