# In the United States Court of Federal Claims

RAGHUVEER K. MENDU,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

No. 17-cv-738

Filed: December 3, 2021

**ORDER**

On December 3, 2021, the parties filed a joint status report, indicating substantial progress during settlement discussions and requesting further time to continue discussions.  (ECF No. 61.)  For good cause shown, the parties' request is **GRANTED**.  The parties shall **FILE** a joint status report by January 7, 2022, advising the Court of the progress of their settlement negotiations and proposing a schedule for future proceedings.

IT IS SO ORDERED.

                                                              s/Eleni M. Roumel  
                                                              ELENI M. ROUMEL  
                                                                    Judge