# In the United States Court of Federal Claims

RAGHUVEER K. MENDU,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

No. 17-cv-0738

Filed: May 9, 2022

### ORDER

On May 6, 2022, the parties filed a Joint Status Report, indicating that Defendant continues to await a settlement recommendation from the IRS Office of Chief Counsel, and requesting further time for the settlement process to progress.  (ECF No. 67.)  For good cause shown, the parties' request is **GRANTED**.  The parties shall **FILE** a joint status report by July 11, 2022, reporting on the progress of settlement negotiations and proposing a schedule for future proceedings.

    IT IS SO ORDERED.

                                      s/Eleni M. Roumel
                                    ELENI M. ROUMEL
                                          Judge