## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RAGHUVEER K. MENDU, | |
|       Plaintiff, | CASE NUMBER:  17-738 T |
| vs. | |
| UNITED STATES OF AMERICA, | (Judge Eleni M. Roumel) |
|       Defendant. | |

### JOINT STATUS REPORT

Pursuant to the Court's September 12, 2022, Minute Order, the parties file this joint status report advising the Court of the progress of their settlement negotiations and proposing a schedule for future proceedings.

The Tax Division continues to process plaintiff's revised settlement offer in accord with its usual procedures. In the period since the filing of the last status report: plaintiff's counsel provided factual information in response to a request by defendant's counsel, defendant's counsel finalized his draft memorandum regarding the proposed settlement, the Chief of the Court of Federal Claims section provided his own recommendation regarding the proposed settlement, and the proposed settlement has been forwarded to the Tax Division's Office of Review, which has the authority to make a final decision regarding the proposed settlement on behalf of the Attorney General.

The parties respectfully request additional time to allow the settlement process to take its course before the Court schedules further proceedings in this case. The parties respectfully suggest that the Court should require them to file a Joint Status Report on or before Friday, January 6, 2023, in which they should advise the Court of the progress of their settlement negotiations and propose a schedule for further proceedings in this case.

|  |  |
|---|---|
|  | Respectfully submitted, |
| November 10, 2022 | *s/Shazad A. Malik, by consent*<br>SHAHZAD A. MALIK<br>Attorney of Record for Plaintiff<br>CA State Bar No. 189258<br>Nixon Peabody, LLP<br>300 S. Grand Avenue, Suite 4100<br>Los Angeles, CA 90071<br>Tel: (213) 629-6039<br>Fax: (855) 202-7372 |
| November 10, 2022 | *s/Jason Bergmann*<br>JASON BERGMANN<br>Attorney of Record<br>U.S. Department of Justice<br>Tax Division<br>Court of Federal Claims Section<br>Post Office Box 26<br>Ben Franklin Post Office<br>Washington, D.C. 20044<br>Tel: (202) 616-3425<br>Fax: (202) 514-9440<br>jason.bergmann@usdoj.gov<br><br>DAVID A. HUBBERT<br>Deputy Assistant Attorney General<br>DAVID I. PINCUS<br>Chief, Court of Federal Claims Section |
| November 10, 2022 | *s/David I. Pincus*<br>Of Counsel |