IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 17-738 T
(Judge Eleni M. Roumel)

RAGHUVEER K. MENDU,

                Plaintiff,

v.

UNITED STATES,

                Defendant.

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, plaintiff and defendant, through their undersigned counsel, hereby stipulate and agree that all claims and counterclaims in the above-captioned case be dismissed with prejudice, with each party to bear its own costs of the litigation, including any attorney's fees.

IT IS SO STIPULATED.

Date: January 3, 2023

SHAHZAD A. MALIK
Attorney of Record for Plaintiff
CA State Bar No. 189258
Nixon Peabody, LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Tel: (213) 629-6039
Fax: (855) 202-7372

Date: JAN 5, 2023

/s/ Jason Bergmann
JASON BERGMANN
Attorney of Record for Defendant
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Tel.: (202) 616-3425
Fax: (202) 514-9440
Email: jason.bergmann@usdoj.gov

DAVID A. HUBBERT
Deputy Assistant Attorney General
DAVID I. PINCUS
Chief, Court of Federal Claims Section

/s/ David Pincus
Of Counsel